IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| MARGARET L. THOMAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 6:07-CV-053-C |
| § | ECF |
| § | |
| MICHAEL J. ASTRUE, § | |
| Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed August 13, 2009 (Doc. 28). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand, the ALJ should further consider the limitations imposed by Plaintiff's visual impairments, the extent to which such limitations affect Plaintiff's RFC, and the visual demands of Plaintiff's past relevant work, either as she actually performed it or as such work is generally performed.

Dated August 31, 2009.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT